UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEVERLY JEAN BLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-cv-01279-RHH |
| | ) |
| JSP LEASING, LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on attorney Steven R. White's Motion to Withdraw. (ECF No. 23.) The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

In response to the Court's April 4, 2024 Order requesting additional information regarding the motion to withdraw, White timely filed a supplement explaining that he notified his client of the motion and his client was in the process of obtaining new counsel. (ECF No. 25.) On April 10, 2025, Attorney Joseph V. Neill entered his appearance on behalf of Defendant. (ECF No. 26.)

Accordingly,

**IT IS HEREBY ORDERED** that attorney White's motion to withdraw as counsel for Defendant JSP Leasing, LLC is **GRANTED**. [ECF Nos. 23, 25.] Defendant JSP Leasing, LLC will continue to be represented by attorney Neill.

**IT IS FURTHER ORDERED** that the Order Setting Rule 16 Conference [ECF No. 17] is amended as follows: the Scheduling Conference that is currently set for April 22, 2025, is **RESET** for **Tuesday, May 13, 2025**, at **11:00 a.m.** in **Judge Holmes' Courtroom (13N)**. The

parties shall jointly file their Joint Proposed Scheduling Plan no later than **May 6, 2025**. The remainder of Order Setting Rule 16 Conference remains in full force and effect.

Dated this 17th day of April, 2025.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE